```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NEYLA FANDINO                    : CIVIL ACTION
                                 :
     Plaintiff                   :
                                 :
     vs.                         : NO. 13-CV-4302
                                 :
COMMONWEALTH OF PENNSYLVANIA     :
DEPARTMENT OF MILITARY AND       :
VETERANS AFFAIRS                 :
                                 :
     Defendant                   :
```

**ORDER**

AND NOW, this      12th      day of November, 2013, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Doc. No. 5) and Plaintiff's Response thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiff's Complaint is DISMISSED in its entirety for the reasons set forth in the preceding Memorandum Opinion.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER,      J.